# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>WILLIAM R COPE and RUBY ELIZABETH COPE,<br><br>Debtors. | Chapter 13<br><br>No. 4:09-bk-04215-JMM<br><br>**MEMORANDUM DECISION** |

Debtors' counsel has applied for attorneys' fees of $6,500 for all administrative matters, and one adversary proceeding, so far undertaken in this case (ECF No. 81).

Although the case was filed on April 22, 2009--almost <u>three years</u> ago--no plan has yet been confirmed.

Normally, in this District, the court honors the practice of accepting, on a "no look" basis, any requested fee of $4,500 or less for a consumer Chapter 13 case. Here, Debtors' counsel filed a detailed fee application reflecting over 100 hours devoted to this case.

After review, the court will approve the $6,500 fee, but due to the age of this case, will not order it to be paid by the Trustee until either a plan is confirmed, or future orders of the court are entered to otherwise allow payment of the fee.

Henceforth, all Chapter 13 plans must be confirmed within one (1) year of filing.

DATED AND SIGNED ABOVE.

| | |
|---|---|
| 1 | COPIES to be sent by the Bankruptcy Noticing Center ("BNC") to the following: |
| 2 | |
| 3 | Attorney for Debtors<br>Trustee |
| 4 | Office of the U.S. Trustee |